■ MANLEY C. ACKERMAN et al., Respondents, v. CARL J. BURCH, Appellant.— (Appeal No. 1.) Motion for reargument of appeal denied. Memorandum: This action has been pending since March of 1969. The parties have had various motion proceedings and have twice appealed to this court. The sole issue, the determination of which will terminate this protracted matter, is the simple question of whether an easement exists. A trial should be had without further delay. Present — Goldman, P. J., Del Vecchio, Witmer and Cardamone, JJ.